# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY RAY CARTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JANE DOE, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:15-cv-00313-DAD DLB<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER AND FAILURE TO PROSECUTE<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff Benny Ray Carter ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 27, 2015. Pursuant to Court order, he filed a First Amended Complaint on October 5, 2015.

　　　　On February 9, 2016, the Court screened Plaintiff's First Amended Complaint and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days. Over thirty (30) days have passed and he has failed to file an amended complaint or otherwise communicate with the Court.

　　　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff SHALL file a response to this order within thirty (30) days from the date of service. Plaintiff may

///

1  also comply with this order by filing an amended complaint in accordance with the February 9,
2  2016, order.
3      Failure to respond to this order will result in dismissal of this action.
4
5  IT IS SO ORDERED.
6      Dated:   **April 7, 2016**            /s/ *Dennis L. Beck*
7                          UNITED STATES MAGISTRATE JUDGE