# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY RAY CARTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JANE DOE, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:15-cv-00313-DAD DLB<br><br>ORDER DISCHARGING ORDER<br>TO SHOW CAUSE<br>(Document 12)<br><br>ORDER REQUIRING PLAINTIFF TO FILE<br>AMENDED COMPLAINT WITHIN THIRTY<br>(30) DAYS |

　　　　Plaintiff Benny Ray Carter ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 27, 2015. Pursuant to Court order, he filed a First Amended Complaint on October 5, 2015.

　　　　On February 9, 2016, the Court screened Plaintiff's First Amended Complaint and dismissed it with leave to amend. After the time for filing an amended complaint passed, the Court issued an order to show cause on April 7, 2016.

　　　　On April 18, 2016, Plaintiff filed a response to the order to show cause. He states that he is "incompetent" in legal issues and cannot proceed without Court help or assigned legal assistance. ECF No. 13, at 1. For good cause, the order to show cause is DISCHARGED.

///

///

To the extent that Plaintiff requests the Court's help, the Court has now issued two screening orders. Each order explains the problems with Plaintiff's allegations, and how can remedy the issues.

At this point, there is no operative complaint on file and Plaintiff must file an amended complaint to proceed with this action. Accordingly, Plaintiff SHALL file an amended complaint, in compliance with the Court's February 9, 2016, order, within thirty (30) days of the date of service of this order.

<u>Plaintiff is reminded that as set forth in the February 9, 2016, order, this will be his final opportunity to amend. If Plaintiff does not comply with this order, the Court will recommend that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **April 19, 2016**                         /s/ *Dennis L. Beck*
                                                                 UNITED STATES MAGISTRATE JUDGE